IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERIC RAY SANDERS                                                                                    PLAINTIFF
ADC #116169

V.                                              NO.  1:06CV00025 SWW

ROBERT BARNETT, et al                                                                       DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint, with prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order, and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 14th day of June, 2006.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE